UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-81689-RAR

**UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

    Plaintiff,

v.

**FRITO-LAY, INC.**,

    Defendant.
_____/

### ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Approval and Entry of Consent Decree ("Joint Motion") [ECF No. 7], filed on February 4, 2021. The Court having carefully considered the Joint Motion and the Consent Decree [ECF No. 7-1], and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [ECF No. 7] is hereby **GRANTED**.
2. The Consent Decree [ECF No. 7-1] is **APPROVED** and **ENTERED**.
3. This case is **DISMISSED**.
4. The Court shall retain jurisdiction to enforce the Consent Decree.
5. Each party shall bear its own attorney's fees and costs pursuant to the Consent Decree.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 16th day of February, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record